IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN J. FOX, et al. | : |
| : | Civil Action No. 90-1504 |
| Plaintiffs, | : Consolidated Class Action |
| : | |
| v. | : |
| : | Judge Maurice B. Cohill, Jr. |
| INTEGRA FINANCIAL | : |
| CORPORATION, et al. | : |
| : | |
| Defendants. | : |

### [PROPOSED] ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

Plaintiffs' motion for an order directing a *cy pres* distribution of the residual net settlement funds is hereby GRANTED. The remaining $5,367.92 in the settlement fund shall be distributed to Neighborhood Legal Services Association of Pittsburgh.

**IT IS SO ORDERED.**

Dated: _June 7_, 2016       _Maurice B. Cohill, Jr._
                            The Honorable Maurice B. Cohill, Jr.